FILED

09/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0305

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0305

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHARLES THOMAS MIESMER,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 17, 2021, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 9 2021